# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                    :        NO. 615
                                          :
AMENDMENT OF FINANCIAL                    :        JUDICIAL ADMINISTRATION
REGULATION PURSUANT TO                    :        DOCKET
42 PA.C.S. § 3502(C)                      :


## ORDER

**PER CURIAM**

    **AND NOW,** this 6th day of March, 2024, it is Ordered, pursuant to Article V, Section 10(c) of the Constitution of Pennsylvania and 42 Pa.C.S. § 3502(a), that the attached amendments to the Financial Regulation are hereby adopted.

    To the extent that notice of proposed rulemaking may be required by Pa.R.J.A. 103(a), the immediate promulgation of the regulation is hereby found to be in the interests of efficient administration. *See* Pa.R.J.A. 103(a)(3).

    This Order is to be processed in accordance with Pa.R.J.A. 103(b), and the amendments shall be effective April 1, 2024.